UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:  
    Jerry D Lumpkin  
    Brenda Lumpkin  
        Debtor(s)

Case No. 13-05717

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Glenn Stearns, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 02/15/2013.

2) The plan was confirmed on 08/30/2013.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 05/01/2015.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 01/30/2014, 09/18/2014, 02/12/2015, 06/10/2015, 09/22/2015.

5) The case was dismissed on 10/09/2015.

6) Number of months from filing to last payment: 28.

7) Number of months case was pending: 34.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $52,250.00.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

UST Form 101-13-FR-S (9/1/2009)

**Receipts:**

|     |     |
| --- | --- |
| Total paid by or on behalf of the debtor | $13,850.00 |
| Less amount refunded to debtor | $0.00 |

**NET RECEIPTS:** $13,850.00

**Expenses of Administration:**

|     |     |
| --- | --- |
| Attorney's Fees Paid Through the Plan | $1,790.48 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $540.16 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $2,330.64

Attorney fees paid and disclosed by debtor: $0.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
| --- | --- | --- | --- | --- | --- | --- |
| ACCOUNTS RECEIVABLE MANAGEM | Unsecured | 1,515.00 | NA | NA | 0.00 | 0.00 |
| ACS EDUCATION SERVICES | Unsecured | 7,412.00 | NA | NA | 0.00 | 0.00 |
| ACS EDUCATION SERVICES | Unsecured | 17,591.00 | NA | NA | 0.00 | 0.00 |
| ADVANCE AMERICA | Unsecured | 1,151.00 | NA | NA | 0.00 | 0.00 |
| ADVENTIST BOLINGBROOK MED CT | Unsecured | 5,000.00 | NA | NA | 0.00 | 0.00 |
| ADVENTIST LAGRANGE MEM HOSPI | Unsecured | 726.00 | NA | NA | 0.00 | 0.00 |
| AMBULATORY SURGICENTER | Unsecured | 7,817.00 | 7,816.50 | 7,816.50 | 0.00 | 0.00 |
| BECKET & LEE LLP | Unsecured | NA | 1,119.45 | 1,119.45 | 0.00 | 0.00 |
| BLOOMFIELD WEST II HOA | Unsecured | 794.51 | 791.51 | 791.51 | 0.00 | 0.00 |
| CARMAX AUTO FINANCE | Unsecured | NA | 10,022.56 | 10,022.56 | 0.00 | 0.00 |
| CARMAX AUTO FINANCE | Secured | 7,168.00 | 7,168.00 | 7,168.00 | 4,655.84 | 421.26 |
| CBCS | Unsecured | 400.00 | NA | NA | 0.00 | 0.00 |
| CERTIFIED SERVICES INC | Unsecured | 45.00 | NA | NA | 0.00 | 0.00 |
| CHULA VISTA | Unsecured | 5,500.00 | NA | NA | 0.00 | 0.00 |
| CITY OF CHICAGO DEPT OF REVENU | Unsecured | 2,290.00 | 10,028.54 | 10,028.54 | 0.00 | 0.00 |
| COMCAST | Unsecured | 600.00 | NA | NA | 0.00 | 0.00 |
| COMED LEGAL REVENUE RECOVER | Unsecured | 1,462.00 | 2,534.51 | 2,534.51 | 0.00 | 0.00 |
| COMENITY BANK | Unsecured | 174.00 | NA | NA | 0.00 | 0.00 |
| COMENITY BANK | Unsecured | NA | 182.32 | 182.32 | 0.00 | 0.00 |
| CONVENTIONS PSYCHIATRY | Unsecured | 410.00 | NA | NA | 0.00 | 0.00 |
| CREDIT ACCEPTANCE CORP | Unsecured | 4,000.00 | 2,743.80 | 2,743.80 | 0.00 | 0.00 |
| CREDIT ACCEPTANCE CORP | Unsecured | NA | 5,919.92 | 5,919.92 | 0.00 | 0.00 |
| CREDIT UNION 1 | Unsecured | 1,100.00 | 1,559.99 | 1,559.99 | 0.00 | 0.00 |
| CREDITORS PROTECTION SERVICE | Unsecured | 312.00 | NA | NA | 0.00 | 0.00 |
| ECMC | Unsecured | NA | 21,055.03 | 21,055.03 | 0.00 | 0.00 |
| EDWARD HOSPITAL | Unsecured | 5,000.00 | 1,400.25 | 1,400.25 | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| FBMC | Unsecured | 550.00 | NA | NA | 0.00 | 0.00 |
| FIA CARD SERVICES | Unsecured | 1,150.00 | NA | NA | 0.00 | 0.00 |
| FIFTH THIRD BANK | Unsecured | 1,500.00 | NA | NA | 0.00 | 0.00 |
| GREATER SUBURBAN ACCEPTANCE | Secured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| GREATER SUBURBAN ACCEPTANCE | Secured | 9,469.15 | 9,469.15 | 9,469.15 | 5,859.59 | 582.67 |
| HARVARD COLLECTION SERVICE | Unsecured | 166.00 | NA | NA | 0.00 | 0.00 |
| HEIGHTS FINANCE | Unsecured | 1,818.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS AMERICAN WATER | Unsecured | 642.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS AMERICAN WATER | Unsecured | 900.00 | 959.80 | 959.80 | 0.00 | 0.00 |
| ILLINOIS TOLLWAY | Unsecured | 12,000.00 | 19,654.20 | 19,654.20 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Priority | 1,936.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Priority | 3,200.00 | NA | NA | 0.00 | 0.00 |
| KEYNOTE CONSULTING INC | Unsecured | 2,237.00 | 3,215.70 | 3,215.70 | 0.00 | 0.00 |
| LEADING EDGE RECOVERY SOLUTIC | Unsecured | 1,400.00 | NA | NA | 0.00 | 0.00 |
| LVNV FUNDING | Unsecured | NA | 429.06 | 429.06 | 0.00 | 0.00 |
| LVNV FUNDING | Unsecured | NA | 1,151.20 | 1,151.20 | 0.00 | 0.00 |
| MIRAMED REVENUE GROUP | Unsecured | 3,000.00 | NA | NA | 0.00 | 0.00 |
| MONTEREY FINANCIAL SERVICES | Unsecured | 4,600.00 | NA | NA | 0.00 | 0.00 |
| MONTINI CATHOLIC HIGH SCHOOL | Unsecured | 6,862.00 | NA | NA | 0.00 | 0.00 |
| MQC COLLECTION SERVICES | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| NATIONAL CAR RENTAL | Unsecured | 720.00 | NA | NA | 0.00 | 0.00 |
| NATIONWIDE CREDIT & COLLECTIO | Unsecured | 175.00 | NA | NA | 0.00 | 0.00 |
| NCSA | Unsecured | 1,500.00 | NA | NA | 0.00 | 0.00 |
| NICOR GAS | Unsecured | 850.00 | 2,203.33 | 2,203.33 | 0.00 | 0.00 |
| OAK ROCK FINANCIAL | Unsecured | 1,419.00 | NA | NA | 0.00 | 0.00 |
| OCWEN LOAN SERVICING LLC | Secured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| OCWEN LOAN SERVICING LLC | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| ORCHARD BANK | Unsecured | 700.00 | NA | NA | 0.00 | 0.00 |
| PAYDAY LOAN STORE OF ILLINOIS | Unsecured | 3,250.00 | NA | NA | 0.00 | 0.00 |
| PLAINFIELD DISTRICT 202 | Unsecured | 830.00 | NA | NA | 0.00 | 0.00 |
| PM MUSIC CENTER | Unsecured | 1,500.00 | NA | NA | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOC | Unsecured | NA | 676.37 | 676.37 | 0.00 | 0.00 |
| PREFERRED CAPITAL LENDING INC | Unsecured | 38,995.00 | NA | NA | 0.00 | 0.00 |
| PREMIER BANKCARD/CHARTER | Unsecured | 500.00 | 914.89 | 914.89 | 0.00 | 0.00 |
| PREMIER BANKCARD/CHARTER | Unsecured | NA | 599.27 | 599.27 | 0.00 | 0.00 |
| PREMIER BANKCARD/CHARTER | Unsecured | 413.00 | NA | NA | 0.00 | 0.00 |
| PROVENA MERCY CENTER | Unsecured | 275.00 | NA | NA | 0.00 | 0.00 |
| SANTANDER CONSUMER USA | Unsecured | NA | 18,232.29 | 18,232.29 | 0.00 | 0.00 |
| SOCIAL SECURITY ADMINISTRATION | Unsecured | 13,750.00 | 14,178.80 | 14,178.80 | 0.00 | 0.00 |
| SPRINGLEAF FINANCIAL SERVICES | Unsecured | NA | 3,220.29 | 3,220.29 | 0.00 | 0.00 |
| SUBURBAN RADIOLIGISTS | Unsecured | 134.00 | NA | NA | 0.00 | 0.00 |
| T MOBILE | Unsecured | 800.00 | 288.24 | 288.24 | 0.00 | 0.00 |
| UNITED COMPUTER CREDIT | Unsecured | 175.00 | NA | NA | 0.00 | 0.00 |
| US DEPARTMENT OF EDUCATION | Unsecured | 7,997.00 | 9,446.29 | 9,446.29 | 0.00 | 0.00 |
| VERIZON | Unsecured | 1,002.00 | 983.55 | 983.55 | 0.00 | 0.00 |
| VICMINE MEEKS CHAVIS & ASSOC | Unsecured | 527.00 | NA | NA | 0.00 | 0.00 |
| VILLAGE OF BOLINGBROOK | Unsecured | 412.00 | NA | NA | 0.00 | 0.00 |
| WILL COUNTY STATES ATTORNEY | Unsecured | 479.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

| Summary of Disbursements to Creditors: | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $16,637.15 | $10,515.43 | $1,003.93 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$16,637.15** | **$10,515.43** | **$1,003.93** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$141,327.66** | **$0.00** | **$0.00** |

| Disbursements: | |
|---|---|
| Expenses of Administration | $2,330.64 |
| Disbursements to Creditors | $11,519.36 |
| **TOTAL DISBURSEMENTS:** | **$13,850.00** |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 12/09/2015        By: /s/ Glenn Stearns
                                          Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**